IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-311 |
| v. | : | |
| | : | CIVIL ACTION |
| SAMAN SALEM | : | NO. 12-1121 |

## ORDER

BERLE M. SCHILLER J.

AND NOW, this 12 day of July, 2012, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence, and after review, and objections thereto of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The motion to vacate, set aside, or correct sentence is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.